IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


TRISHA JO EBARB                                                                                    PLAINTIFF

vs.                                         Civil No. 1:11-cv-01039

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 28th day of August, 2012, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                            /s/  Barry A. Bryant
                                                            HON. BARRY A. BRYANT
                                                            U. S. MAGISTRATE JUDGE